**08 CV 02801**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FUTURE MEDIA ARCHITECTS, INC.

Plaintiff,

-v-

DEUTSCHE LUFTHANSA AG

Defendant.

---

Case No._____

Rule 7.1 Statement

RECEIVED
MAR 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FUTURE MEDIA ARCHITECTS, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No such entities exist.

**Date:** March 17, 2008

**Signature of Attorney**

**Attorney Bar Code:** MK6776