UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Future Media Architects, Inc.,                  :

        Plaintiff,                               :   08 CV 02801 (LAK)

    -against-                                        :   ECF CASE

Deutsche Lufthansa AG,                          :   **NOTICE OF APPEARANCE**

        Defendant.                             :
------------------------------------- X

      **PLEASE TAKE NOTICE** that Christine A. Pepe of the law firm of McDermott Will & Emery LLP hereby appears as counsel for defendant Deutsche Lufthansa AG, in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       May 7, 2008

                        McDERMOTT WILL & EMERY LLP

                        By: _/s/ Christine A. Pepe_
                            Christine A. Pepe
                            340 Madison Avenue
                            New York, New York 10173
                            (212) 547-5400
                            Email: cpepe@mwe.com

TO:  James E. Rosini, Esq.
       Michael Kelly, Esq.
       Kenyon & Kenyon
       One Broadway
       New York, NY 10004-1007

NYK 1159244-1.076869.0013