UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
Future Media Architects, Inc.,                :    08 CV 02801 (LAK)

          Plaintiff,                       :    ECF CASE

    -against-                                      :    **DEFENDANT DEUTSCHE
                                                                           LUFTHANSA AG'S NOTICE OF
Deutsche Lufthansa AG,                   :    MOTION TO DISMISS PURSUANT
                                                                               TO RULE 12(B)(1) FOR LACK OF
          Defendant.                     :    <u>SUBJECT MATTER JURISDICTION</u>**


------------------------------------- X

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior proceedings, Defendant Deutsche Lufthansa AG hereby moves this Court at a date and time to be determined for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) dismissing Counts I and V of Plaintiff Future Media Architects, Inc.'s First Amended Complaint for lack of subject matter jurisdiction.

-2-

Dated:  New York, New York
        May 21, 2008

                                        Respectfully submitted,

                                        MCDERMOTT WILL & EMERY LLP

                                        By: */s/ Christine A. Pepe*

                                        Dennis J. Mondolino (DM2221)
                                        Christine A. Pepe (CP5688)
                                        340 Madison Avenue
                                        New York, New York 10173
                                        (212) 547-5400

                                        Attorneys for Defendant
                                        Deutsche Lufthansa AG

TO:  James E. Rosini, Esq.
     Michael Kelly, Esq.
     Kenyon & Kenyon
     One Broadway
     New York, NY 10004-1007