ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
Future Media Architects, Inc.,

       Plaintiff,

-against-

Deutsche Lufthansa AG,

       Defendant.
------------------------------------ X

08 CV 02801 (LAK)

ECF CASE

STIPULATION AND ORDER
EXTENDING DEFENDANT'S
TIME TO FILE ITS ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties that the time for the Defendant Deutsche Lufthansa AG to file its Answer to Plaintiff Future Media Architect's Complaint is hereby extended to and including August 21, 2008.

Dated: July 18, 2008
       New York, New York

**MCDERMOTT WILL & EMERY LLP**

_Dennis J. Mondolino (DJM2221)_
340 Madison Avenue
New York, NY 10173-1922
(212) 547-5400
*Attorney for Defendant*

**KENYON & KENYON**

_____
James E. Rosini
Michelle Marsh
Michael Kelly
Kenyon & Kenyon
One Broadway
New York, New York 10004
*Attorneys for Plaintiff*

So Ordered on this ___ day of July, 2008:

_Lewis A. Kaplan_
Lewis A. Kaplan
United States District Court Judge

