UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUTURE MEDIA ARCHITECTS, INC., | ) <br> ) <br> ) **ECF CASE** <br> ) <br> ) <br> ) <br> ) Case No.: 08-cv-02801(LAK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| DEUTSCHE LUFTHANSA AG, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Having appeared on behalf of defendant Deutsche Lufthansa AG ("Lufthansa"), I hereby withdraw as counsel in this case. However, Dennis J. Mondolino will remain as counsel of record for Lufthansa.

*Christine A. Pepe*
Christine A. Pepe
McDermott Will & Emery, LLP
340 Madison Avenue
New York, New York 10173
212-547-5400

NYK 1172350-1.076869.0013